Thomas E. Robertson (CSB 262659)
Law Office of Thomas E. Robertson
225 Broadway, Suite 1460
San Diego, CA 92101
Tel: (619) 544 - 9911
Fax: (619) 238 - 1097
Email: thomas@robertsonSDlaw.com

Attorney for Plaintiff Cassandra Ann Harris

MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
KEITH PHILLIPS, Deputy City Attorney
California State Bar No. 190664

Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
kphillips@sandiego.gov

Attorneys for Defendants, Brandon T. Gibson, Rudolphe Sainte-Agathe, Michael R. Rojas, Casey Moss

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASSANDRA ANN HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON T. GIBSON;<br>RODOLPHE SAINTE-AGATHE;<br>MICHAEL R. ROJAS;<br>CASEY MOSS; and<br>DOES 1-10,<br><br>Defendants. | Case No.: 16cv2684-JAH-KSC<br><br>**JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Karen S. Crawford |

At the Early Neutral Evaluation conference, the parties discussed the need for a protective order to govern certain material, including the video recording of the underlying incident. After the ENE conference, the Court issued an order that the protective order be finalized by February 24, 2017. (Dkt. No. 10.) The parties have agreed on a stipulated protective order, which has been electronically lodged with the Court.

Accordingly, the parties jointly move this Court to sign the stipulated protective order.

Respectfully submitted,

Dated: February 24, 2017

*/s/Thomas E. Robertson*

Thomas E. Robertson (SBN 262659)
Attorney for Plaintiff

Dated: February 24, 2017

MARA W. ELLIOTT, City Attorney

By: */s/ Keith Phillips*

Keith Phillips
Deputy City Attorney

Attorney for Defendants

I, THOMAS E. ROBERTSON, hereby certify that the content of this joint motion is acceptable to all parties required to sign this joint motion. All attorneys authorize me to affix their CM/ECF electronic signatures to this joint motion.

Dated: February 24, 2017

LAW OFFICE OF THOMAS E. ROBERTSON

By: */s/ Thomas E. Robertson*
Attorney for Plaintiff
Email: thomas@robertsonSDlaw.com