MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
KEITH PHILLIPS, Deputy City Attorney
California State Bar No. 190664
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
Kphillips@sandiego.gov
Attorneys for Defendants, Brandon T. Gibson, Rodolphe Sainte-Agathe, Michael R. Rojas, Casey Moss

Thomas E. Robertson, Esq. (SBN 262659)
LAW OFFICE OF THOMAS E. ROBERTSON
225 Broadway, Suite 1460
San Diego, California 92101
(619) 544-9911
thomas@robertsonsdlaw.com
Attorneys for Plaintiff, Cassandra Ann Harris

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA ANN HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON T. GIBSON; RODOLPHE SAINTE-AGATHE; MICHAEL R. ROJAS; CASEY MOSS; DOES 1-10,<br><br>Defendants. | Case No. 16cv2684 JAH (KSC)<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge: Hon. John A. Houston<br>Ctrm: 13B (Carter/Keep)<br>Trial: Not Set |

This case having been settled as to all parties and causes of action, the parties through their respective attorneys hereby move the Court to dismiss this action without prejudice, all parties to bear their own costs and attorney's fees.

Dated: April 17, 2017

MARA W. ELLIOTT, City Attorney

By /s/ KEITH PHILLIPS
Keith Phillips
Deputy City Attorney
Attorneys for Defendants
Brandon T. Gibson, Rodolphe Sainte-Agathe, Michael R. Rojas, Casey Moss

Dated: April 17, 2017

Law Offices of Thomas E. Robertson

By /s/ THOMAS E. ROBERTSON
Thomas E. Robertson

Attorneys for Plaintiff
Cassandra Ann Harris

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Attorney Thomas E. Robertson, counsel for Plaintiff Cassandra Ann Harris, and that I have obtained Mr. Robertson's authorization to affix his electronic signature to this document.

Dated: April 17, 2017

MARA W. ELLIOTT, City Attorney

By /s/ KEITH PHILLIPS
Keith Phillips
Deputy City Attorney

Attorneys for Defendants
Brandon T. Gibson, Rodolphe Sainte-Agathe, Michael R. Rojas, Casey Moss